**Exhibit A**

Table of Last-Observed Infringements by Defendants of TT Boy Productions's Copyright in the Motion Picture "Horny Black Mothers & Daughters #8," Copyright Reg. No. PA0001728772

| Defendant | Internet Protocol Address (IP) | Timestamp (U.S. Eastern Time) | Internet Service Provider (ISP) | Protocol | Hash |
|---|---|---|---|---|---|
| Doe 1 | 107.56.158.83 | 2011-11-07 03:08:27 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 2 | 108.14.79.253 | 2011-11-09 03:08:29 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 3 | 108.29.35.246 | 2011-11-21 15:45:50 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 4 | 108.41.10.196 | 2011-12-08 12:49:36 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 5 | 108.41.10.223 | 2011-11-19 22:53:54 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 6 | 108.41.195.109 | 2011-10-22 14:58:01 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 7 | 108.41.250.27 | 2011-12-10 08:10:28 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 8 | 108.41.9.24 | 2011-10-18 21:33:39 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 9 | 108.41.9.41 | 2011-11-07 00:59:32 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 10 | 108.41.96.2 | 2011-10-21 07:13:54 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 11 | 108.41.96.249 | 2011-12-14 00:35:16 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 12 | 108.46.155.112 | 2011-12-14 08:45:41 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 13 | 108.46.168.65 | 2011-11-15 14:04:30 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 14 | 108.46.223.162 | 2011-11-25 08:02:58 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 15 | 108.46.235.159 | 2011-11-09 04:31:57 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 16 | 108.54.149.94 | 2011-12-08 14:08:15 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 17 | 108.54.170.205 | 2011-11-30 23:08:11 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 18 | 108.54.200.115 | 2011-11-03 11:53:19 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 19 | 108.6.3.139 | 2011-12-12 02:54:27 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 20 | 173.145.6.55 | 2011-11-23 13:39:04 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 21 | 173.52.106.158 | 2011-11-27 19:40:37 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 22 | 173.52.106.197 | 2011-10-31 02:19:46 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 23 | 173.52.213.41 | 2011-10-25 13:12:27 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 24 | 173.52.76.143 | 2011-12-03 03:05:58 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 25 | 173.52.92.88 | 2011-11-26 08:57:54 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 26 | 173.56.23.12 | 2011-10-15 00:59:31 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 27 | 173.56.57.212 | 2011-11-11 14:52:15 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 28 | 173.62.17.62 | 2011-11-17 22:14:26 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 29 | 173.62.59.226 | 2011-10-24 09:14:33 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 30 | 173.68.107.110 | 2011-10-23 22:01:52 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 31 | 173.68.162.70 | 2011-10-30 00:46:46 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 32 | 173.77.218.91 | 2011-10-30 20:56:13 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 33 | 174.147.244.201 | 2011-12-05 22:24:24 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 34 | 184.153.227.8 | 2011-12-05 21:51:32 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 35 | 184.201.88.15 | 2011-12-07 20:28:47 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 36 | 184.243.196.103 | 2011-11-27 03:00:57 -0500 | Sprint PCS | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 37 | 208.120.179.125 | 2011-12-10 14:39:40 -0500 | EarthLink | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 38 | 24.164.171.58 | 2011-12-09 14:03:22 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 39 | 24.193.232.14 | 2011-11-26 13:31:46 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 40 | 24.193.70.247 | 2011-11-07 15:43:49 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 41 | 24.199.88.92 | 2011-11-05 16:55:20 -0400 | EarthLink | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 42 | 24.239.130.83 | 2011-11-03 09:07:04 -0400 | EarthLink | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 43 | 24.59.154.159 | 2011-10-17 15:05:33 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 44 | 24.59.185.105 | 2011-10-17 17:29:04 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 45 | 24.59.208.175 | 2011-11-22 08:23:01 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 46 | 24.90.176.74 | 2011-10-20 21:51:02 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 47 | 24.90.2.9 | 2011-12-10 14:18:09 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 48 | 24.90.242.228 | 2011-11-05 08:50:44 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 49 | 24.90.8.8 | 2011-12-07 15:14:46 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 50 | 65.110.144.81 | 2011-10-23 01:32:23 -0400 | EarthLink | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 51 | 66.108.212.120 | 2011-10-31 18:11:35 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 52 | 66.65.11.183 | 2011-11-21 15:52:36 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 53 | 66.65.121.232 | 2011-12-10 00:59:57 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 54 | 66.65.91.251 | 2011-11-24 14:06:37 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 55 | 66.66.11.247 | 2011-11-03 03:08:35 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 56 | 66.66.230.131 | 2011-11-12 11:10:29 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 57 | 66.67.51.134 | 2011-11-29 22:43:18 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 58 | 67.240.247.156 | 2011-12-05 00:59:38 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 59 | 67.242.44.75 | 2011-10-21 14:33:51 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 60 | 67.244.113.12 | 2011-10-26 21:47:03 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 61 | 67.249.245.157 | 2011-10-28 00:52:30 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 62 | 67.250.26.228 | 2011-12-08 21:13:28 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 63 | 67.252.151.13 | 2011-12-04 00:59:39 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 64 | 67.255.43.214   | 2011-10-28 20:39:37 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 65 | 68.173.88.245   | 2011-12-03 21:13:42 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 66 | 68.174.88.212   | 2011-11-02 12:34:40 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 67 | 68.174.89.164   | 2011-11-26 01:48:50 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 68 | 68.174.94.64    | 2011-10-29 13:30:57 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 69 | 68.175.23.48    | 2011-11-15 22:52:10 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 70 | 68.175.63.158   | 2011-10-25 22:42:01 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 71 | 69.200.238.211  | 2011-11-20 01:44:27 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 72 | 69.201.187.126  | 2011-10-25 20:30:12 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 73 | 71.125.59.28    | 2011-11-14 21:11:56 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 74 | 71.164.67.89    | 2011-11-26 14:36:36 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 75 | 71.183.247.13   | 2011-11-21 19:58:57 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 76 | 71.183.49.143   | 2011-10-20 21:43:24 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 77 | 71.183.49.19    | 2011-12-13 19:36:17 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 78 | 71.190.143.63   | 2011-11-16 23:25:32 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 79 | 71.190.192.11   | 2011-11-26 21:14:00 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 80 | 71.245.248.167  | 2011-12-08 23:56:08 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 81 | 72.224.18.23    | 2011-12-10 18:15:25 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 82 | 72.225.235.88   | 2011-10-26 08:06:06 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 83 | 72.225.236.72   | 2011-10-29 14:25:15 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 84 | 72.226.116.66   | 2011-10-28 14:11:55 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 85 | 72.229.167.22   | 2011-10-24 15:07:27 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 86 | 72.231.212.73   | 2011-11-13 02:50:47 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 87 | 72.231.248.87   | 2011-10-15 10:14:53 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 88 | 72.80.151.162   | 2011-10-20 20:20:52 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 89 | 72.89.168.55    | 2011-11-07 18:53:14 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 90 | 74.101.161.156  | 2011-10-20 07:52:37 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 91 | 74.101.230.143  | 2011-11-01 02:05:55 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 92 | 74.101.29.20    | 2011-12-14 06:03:58 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 93 | 74.106.19.189   | 2011-10-28 13:31:05 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 94 | 74.108.4.80     | 2011-12-06 13:44:49 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 95 | 74.111.18.79    | 2011-11-28 11:30:21 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 96 | 74.65.224.166   | 2011-10-25 09:07:20 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 97 | 74.66.228.121   | 2011-10-24 14:31:09 -0400 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 98 | 74.67.107.159   | 2011-11-18 18:54:46 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 99 | 74.67.112.5     | 2011-11-10 20:48:21 -0500 | Road Runner               | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 100 | 74.67.177.202 | 2011-11-27 21:11:20 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
|---|---|---|---|---|---|
| Doe 101 | 74.67.210.155 | 2011-11-12 11:19:57 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 102 | 74.68.142.243 | 2011-12-09 00:59:51 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 103 | 74.69.52.2 | 2011-11-27 00:58:26 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 104 | 74.72.143.141 | 2011-12-06 20:16:19 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 105 | 74.72.71.254 | 2011-10-17 15:05:38 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 106 | 74.72.71.87 | 2011-10-15 09:05:23 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 107 | 74.73.166.68 | 2011-10-28 16:41:58 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 108 | 74.73.42.204 | 2011-12-05 22:23:23 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 109 | 74.76.174.3 | 2011-11-18 21:09:03 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 110 | 74.77.235.209 | 2011-10-28 22:06:07 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 111 | 74.77.43.209 | 2011-12-10 12:52:39 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 112 | 74.79.40.91 | 2011-11-06 00:06:09 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 113 | 76.180.112.48 | 2011-11-16 23:16:04 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 114 | 96.232.203.88 | 2011-11-29 17:32:57 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 115 | 96.236.21.147 | 2011-12-03 09:06:54 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 116 | 96.239.112.17 | 2011-11-16 02:46:13 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 117 | 96.239.113.134 | 2011-12-13 22:27:22 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 118 | 96.239.66.115 | 2011-11-29 14:56:43 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 119 | 96.246.173.7 | 2011-12-10 03:46:09 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 120 | 96.250.104.83 | 2011-11-10 02:24:38 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 121 | 96.250.205.53 | 2011-11-07 10:16:51 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 122 | 96.250.212.99 | 2011-10-25 19:22:36 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 123 | 96.250.43.220 | 2011-11-23 00:59:28 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 124 | 96.250.84.185 | 2011-12-13 08:19:43 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 125 | 98.113.206.8 | 2011-11-03 18:35:05 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 126 | 98.113.21.29 | 2011-11-01 15:04:50 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 127 | 98.113.45.60 | 2011-10-18 18:19:08 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 128 | 98.113.66.229 | 2011-12-07 19:13:55 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 129 | 98.113.79.171 | 2011-11-18 00:22:33 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 130 | 98.116.102.70 | 2011-11-05 11:05:31 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 131 | 98.116.192.44 | 2011-11-13 09:56:26 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 132 | 98.116.64.73 | 2011-10-29 20:06:33 -0400 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 133 | 98.116.98.115 | 2011-12-03 15:11:18 -0500 | Verizon Internet Services | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 134 | 98.14.91.146 | 2011-10-18 14:49:35 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 135 | 98.15.178.20 | 2011-11-03 11:26:28 -0400 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |

| Doe 136 | 98.15.179.31 | 2011-12-03 14:43:23 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 137 | 98.15.188.83 | 2011-11-12 20:36:31 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |
| Doe 138 | 98.15.192.51 | 2011-11-27 17:37:46 -0500 | Road Runner | BitTorrent | d5a718940bd2d1aad29100ccc8387cd65dfc8e1b |