UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: APR 24 2012

------------------------------- X
                                :
IN RE ADULT FILM COPYRIGHT      :   Master Case No. 11 Civ. 7564
INFRINGEMENT LITIGATION         :
                                :   MEMORANDUM & ORDER
This Document Relates to:       :
                                :
    11 Civ. 7564 (KBF)          :
    11 Civ. 7999 (KBF)          :
    11 Civ. 8172 (KBF)          :
    11 Civ. 9550 (KBF)          :
    11 Civ. 9618 (KBF)          :
    11 Civ. 9688 (KBF)          :
    11 Civ. 9689 (KBF)          :
    11 Civ. 9703 (KBF)          :
    11 Civ. 9705 (KBF)          :
    11 Civ. 9706 (KBF)          :
    12 Civ. 0129 (KBF)          :
    12 Civ. 1077 (KBF)          :
    12 Civ. 1169 (KBF)          :
                                :
------------------------------- X

KATHERINE B. FORREST, District Judge:

    On March 13, 2012, this Court issued an order stating, in part, that plaintiffs shall identify Doe defendants, who have requested to proceed anonymously, by IP address and Doe number only--i.e., plaintiffs must not reveal the identity of these Doe defendants in public filings.  On April 18, 2012, in contravention of this order, plaintiff in Member Case No. 11 Civ. 9706 named a Doe defendant--who had submitted a request to

proceed anonymously that was received by plaintiff--in a public filing.[1]  This document has been removed by the Court.

Should counsel for plaintiffs again disobey a Court order in this consolidated action, plaintiffs may be subject to sanctions including dismissal of their actions pursuant to Federal Rule of Civil Procedure 41(b).

Plaintiff is directed to mail this Order to the Doe defendant named in plaintiff's filing.

SO ORDERED.

Dated:   New York, New York
         April 24, 2012

                                    _____
                                    KATHERINE B. FORREST
                                    United States District Judge

---

[1] Counsel shall broadly construe filings by *pro se* plaintiffs and err on the side of interpreting filings as requests to proceed anonymously when there is any indication that they might be such requests.